Entered on Docket
September 04, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

SEP - 2 1997

KEENAN G. CASADY, CLERK
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

San Francisco Cash Register

Debtor(s).

CASE NO. 3-89-00982 TTC

ORDER FOR PAYMENT
OF UNCLAIMED FUNDS

The Court finds that an amount of $4,249.37 constituting unclaimed funds is due to Aetna Life Insurance Co. for reasons stated in the Motion filed contemporaneously herewith.

IT IS ORDERED that, under 28 USC § 2042, the Clerk, Northern District of California, pay this unclaimed money to the order of:

Aetna Life Insurance Co.
c/o Wayne Seminoff
12865 NE 85th Street, Suite 407
Kirkland, WA 98033
Attorney-in-Fact for
Aetna Life Insurance Co.

Dated: 8-29-97



Bankruptcy Judge
Northern District of California

```
                    U.S. BANKRUPTCY COURT

                NORTHERN DISTRICT OF CALIFORNIA
```

In Re:                                  CASE NO. 3-89-00982 TTC

San Francisco Cash Register             MOTION FOR PAYMENT
                                        OF UNCLAIMED FUNDS

                    Debtor(s).

There having been a dividend check in the amount of $4,249.37 in the above named case issued to Aetna Life Insurance which was not delivered due to an incorrect address. The address provided on the Trustee's Report is 151 Farmington Ave., , Hartford, CT, 06156. The current address is 2350 Lakeside Blvd., Suite 770, Richardson, TX, 75082. Said check having not been cashed by said payee, the Trustee, pursuant to 11 USC Section 347 (a), delivered the unclaimed money to the Clerk, U.S. Bankruptcy Court.

Attached is a Limited Power of Attorney of the undersigned. Application is hereby made for the Clerk, U.S. Bankruptcy Court, to pay this unclaimed money to the order of Aetna Life Insurance in care of Wayne Seminoff, Attorney-in-Fact for Aetna Life Insurance Co. at the following address:

12865 NE 85th Street, Suite 407, Kirkland, WA 98033

_____
Wayne Seminoff Attorney-in-fact for
Aetna Life Insurance Co.
Ms Lujwana S. Curtis
Administrative Supervisor
2350 Lakeside Blvd.
Suite 770
Richardson, TX 75082
214-470-7532

SUBSCRIBED AND SWORN before me this 2nd day of December ,1996.

_____
NOTARY PUBLIC in and for the
State of Washington
Residing in King County